IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

*U.S. DISTRICT
DISTRICT OF MARYLAND
2015 MAR 16 PM 1:03
CLERK'S OFFICE
AT GREENBELT
BY BU DEPUTY*

Carol Faye Walls

Temp. Mailing Address: 4107 Plyers Mill Rd. #202

Kensington, Maryland 20895
(Full name and address of the plaintiff)

v.

Civil Action No. GJH15 CV 0715
(Leave blank. To be filled in by Court.)

United States Nuclear Regulatory Commission

Office of Small Business and Civil Rights

11555 Rockville Pike - Mailstop - 03-G04

Rockville, Maryland 20852
(Full name and address of the defendant(s))

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**

1. Plaintiff is a resident of District of Columbia.
   (Fill in county or city and state of residence)
2. Defendant(s) reside(s) or does business at the following location: U.S. NRC

11555 Rockville Pike, Rockville, Maryland 20895.

3. This action is brought pursuant to (check all spaces that apply):

   ☐ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, sex, or national origin.

   ☑ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age. My year of birth is: 1960.

☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

☐ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.

4. I am complaining about (check all that apply):

☐ Failure to hire me. I was refused a job on the following date: _____

_____.

☐ Termination of my employment. I was terminated from my employment on the following date: _____.

☐ Failure to promote me. I was refused a promotion on the following date: _____.

☑ Other (explain what happened): I am discriminated against because of my age; denied same terms, conditions and privileges and treated differently than my co-workers who are in are in their 20's, 30's and 40's with less skill; subjected to a hostile work environment; mobbed.

5. The conduct of Defendant(s) was discriminatory because it was based on (check all that apply):

☐ race  ☐ color  ☐ religion  ☐ sex  ☑ age  ☐ national origin  ☐ disability

6. The facts of my claim are: Despite several attempts to resolve stated problems, Jerome Murphy continues to harass and treat me differently than he does my younger (20's, 30's 40's) co-workers who have less skill. When speaking with me, profane language has been used; deliberately given mixed-communications that adversely affects the outcome my work; excluded from meetings, subjected to retaliation; denies/cancels projects & training for me and he allows travel/training for younger co-workers; I'm subjected to heighten scrutiny vs. not holding younger staff to same standard or accountability; subjected to character assassination, lied on/work sabotaged;

Despite my tenure, denied enclosed office vs. younger staff w/ less tenure given enclosed offices, etc. I sought help from the Director, Vonna L. Ordaz, repeatedly but the harassment continues. My complaints have been either ignored, minimized or dismissed. I also informed my Program Manager, Tuwanda M. Smith, Esq. of these issues. Ms. Smith tries to intervene to no avail. I'm frequently directed to complete my co-workers work while they still get credit for the assignments vs. staged artificial deadlines to cause me to miss assignments. (See e-mails attached).

7. The approximate number of people employed by Defendant is: 8 under his supervision

8. The events I am complaining about took place on the following dates or time period: Beginning approximately April 2012 - Currently still taking place.

9. I filed charges on the following date: March 10, 2015 with:

- [✓] Equal Employment Opportunity Commission (EEOC)
- [ ] Maryland Human Relations Commission
- [✓] Other (give name of agency and location): US Nuclear Regulatory Commission Office of Small Business and Civil Rights, EEO Program.

10. I received a right to sue letter (attach copy) on the following date: Advised of Rights on March 12, 2015 via e-mail.

WHEREFORE, Plaintiff asks the Court to grant such relief as may be appropriate, including but not limited to (check all that apply):

- [✓] Injunctive relief (specify what you want the Court to order): Immediately stop the harassment; take appropriate measures to ensure Mr. Murphy/Ms. Ordaz are held accountable for their actions; allows SBCR staff to participate in the Union to protect and ensure their Civil Rights
- [ ] Back pay.
- [ ] Reinstatement to my former position.

☑ Monetary damages in the amount of: *don't know -* CFW

☑ Costs and attorneys fees.

☑ Other (specify): Mr. Murphy/Ms. Ordaz to receive training to help become better managers, and to be compensated for constant humiliation and shame, embarrassment, pain and suffering.

March 16, 2015
(Date)

*(Signature)*

Carol Faye Walls

Mailing Address: _____

_____

_____

(Printed name, address and phone number of Plaintiff)